JUDGE TORRES

26 CV 07138

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 21 PM 12: 57

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LAP-SUN CHAN**
**Plaintiff**

**Index:**

**-v-**

**SHUTTERSTOCK**
**Defendant**

**LAWSUIT**

______________________________x

CIVIL CASE – LAWSUIT, IN THE UNITED STATES DISTRICT COURT:

This lawsuit is invoked pursuant to Title 17 of the United States Code. This is an intellectual property case.

1 – I am the plaintiff, Lap-Sun Chan. My legal name is Lap-Sun Chan. In the workplace, I am called Larry Chan because Larry is easier to say. I was born as Kenneth Eng. My address is 4266 Saull Street, Flushing, NY 11355. The court can send correspondence to this address.

2 – The defendant is Shutterstock. Shutterstock has published several images that infringe upon my copyrighted material. This is a violation of my intellectual property. It is disrespectful towards my intellectual property. Shutterstock is a company that appears to sell stock images. They are located at 350 5th Avenue, New York, NY 10118.

3 – I'm going to outline this case in sections because it's complex.

<u>Section A:</u>

In the summer of 2016, I developed a new idea for a series of novels. I created a new type of monster for every planet in the solar system. The idea was that each monster would obtain strength whenever a certain planet appeared in the sky. For example, an insect monster would gain power from Saturn in the sky because Saturn has a hexagon on its pole.

In October 2016, I developed an idea for a deerlike creature that obtained strength when Mars was in the sky. It was called a pentagra. It implemented ballet as a combat style, emitted pheromones that could control the minds of nearby humans, and produced a type of silk that could be woven into indestructible garments. Accordingly, their ballet tights and ballet corsets had the ability to shred through metal upon throwing a pirouette. The pentagra was a deadly creature in the guise of a dainty anthropomorphic deer.

Unfortunately, I am a handicapped man. I have an immunological disorder that causes me to urinate nonstop, cough incessantly, and have severe muscular weakness. I have been handicapped since the summer of 2013. My body does not absorb water normally; the fluids I

drink are excreted out almost immediately, and I have to drink an excessive amount of water for my body to even function at a basic level. I am in constant pain.

In 2016 and 2017, I was extremely ill. While I was laying in bed, confined to home, I would scream incessantly. Unfortunately, I screamed my own ideas out loud. The window in my bedroom and living room were open. Anyone outside could have heard my ideas. Anyone could have easily stolen my intellectual property.

This is exactly what happened. I recently saw an image on Shutterstock of a female deer dancing ballet in a pink tutu and tights (Exhibit A). The image shows the deer wearing a crown. On the same page, there is another image of a deer wearing a pink tutu and antlers.

I think what happened was someone outside my window heard my idea, told his or her friends, and stole my concept. I am very serious about my intellectual property. Ergo, I am filing this lawsuit, and make no mistake, I am mentally strong and very angry. My body is falling apart. My willpower increases during adversity. Anger fuels me – and I am a very angry man.

Case in point, I regained some capacity in October 2016 and copyrighted my idea. This is shown in Exhibit B. At around the same time, I self-published a book on Createspace, where I stated the idea of the pentagra. This is shown in Exhibit C. Please keep in mind, my name in the year 2016 was Kenneth Eng.

In 2017, I managed to muster enough strength to write a more complete novel. It was called Weredragons and Other New Monsters. The exhibits show pictures of the book where I defined the pentagra, and stated that it was powered by Mars, danced ballet as a combat style, wore weaponized tights, and emitted pheromones that could kill human beings.

In subsequent years, I copyrighted the work a few more times when I could afford it (I was mostly living in poverty, in addition to my illness). Please see the exhibits for photographs of these copyright registrations.

In the winter of 2022, I found a strategy of improving my health slightly, to the point where I can function at an adequate level. It was at this point that I became worried that someone had stolen my ideas. I began an internet search to see if this had happened. Because of the immensity of the internet, it was extremely difficult to find relevant websites. I would conduct a search once a year.

It was only recently that I increased the frequency of my search. The court will probably notice that I have issued many of these lawsuits in the past few months. Like I said, I am very serious about my intellectual property. I am incredibly serious about my intellectual property, in the way that a Viking is serious about feeding his family.

<u>Section B:</u>

There are striking similarities between my copyrighted work, and Shutterstock's illegal images. First, the idea of an anthropomorphic deer dancing ballet is extremely unique. It is exceedingly

unlikely that Shutterstock would have created this idea on their own. I am a professional science fiction writer with a special set of skills. Shutterstock employs low-level artists who are passionless and untalented. I am incredibly passionate about my novels. Shutterstock stole my idea after one of their employees heard about it from me. This drives my rage.

Secondly, the deer on the Shutterstock website is wearing pink. The pentagras in my novel also wear pink. Pentagras exclusively wear pink because it is the same color as their familiar planet, Mars. The color of Mars heightens their strength, and consequently, pink is their favored color.

Shutterstock stole my idea for a deer that favors the color pink.

In copyright infringement cases, access and substantial similarity are factors. Shutterstock had access to my ideas. I was screaming them aloud with the window open when I was severely ill about a decade ago. It was a very stupid thing to do, but I was in a lot of pain. If the court prefers, I can show medical records demonstrating the seriousness of my illness.

Shutterstock's image has substantial similarity to my creation. Case in point, I later renamed the pentagra to the reinek, and I wrote and directed a short film called Reinek: Marslight. This is a link to the video:

https://www.youtube.com/watch?v=UGCFGn1G16k&t=270s

A casual observer can see that my creation is a deer that wears pink and dances ballet as a combat technique. There are over six minutes of fight sequences involving the reinek, showcasing her skills.

In conclusion, Shutterstock had access and substantial similarity.

Section C:

I am suing Shutterstock for $300,000. I demand that all such images be removed from their website immediately. I also want to know about the artist who designed these images. Online, her username is "Alenini", but I cannot find her surname. I intend to take legal action against her as well.

I was very disappointed to see my idea appear on a stock image website without my consent. My reinek is not meant to be peddled to consumers like a cheap piece of street merchandise. The reinek is a glorious being that ought to be worshipped and revered. It is disgusting for Shutterstock to place my creation on their shoddy, low-rate site. As an artist, I do not deal with stock images. Real artists create their own art. Real artists do not steal ideas from crippled old men.

Signed,

Lap-Sun Chan, 4266 Saull Street, Flushing, NY 11355

# EXHIBIT A

shutterstock.com

Meet Unlimited Images: As many premium images as you need and powerful AI tools to create faster. Learn more

Get Unlimited Downloads

shutterstock

Pricing | Log in

Images | Video | Music | Editorial | 3D | Studios | AI data licensing | Business solutions | AI tools

AI search | Standard search

All images | deer dancing | AI Search New

Related searches: Deer | Christmas | Biology | Animals and wildlife | Holidays festivals and events | Reindeer | Antlers | Christmas

# Deer Dancing royalty-free images

4,354 deer dancing stock photos and images. Or see deer dancing videos.

Filters | All images | Unlimited images only | Upload date Any time




shutterstock.com
All images
deer dancing
AI Search New
Related searches:
Deer
Christmas
Biology
Animals and wildlife
Holidays festivals and events
Reindeer
Antlers
Christmas
Filters
All images
Unlimited images only
Upload date
Any time
DEER

# EXHIBIT B

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**PA 2-041-578**
Effective Date of Registration:
October 20, 2016

## Title

**Title of Work:** Were

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Kenneth C Eng
  **Author Created:** text
  **Citizen of:** United States
  **Year Born:** 1983

## Copyright Claimant

**Copyright Claimant:** Kenneth C Eng
4266 Saull Street, Flushing, NY, 11355

## Certification

**Name:** Kenneth Eng
**Date:** October 20, 2016

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**PA 2-374-878**
**Effective Date of Registration:**
September 05, 2022
**Registration Decision Date:**
October 13, 2022

## Title

**Title of Work:** Wereshark: Neptunerise

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 12, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Lap Sun Chan
  **Pseudonym:** Larry Chan
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1983

## Copyright Claimant

**Copyright Claimant:** Lap Sun Chan
4266 [illegible] Street, Flushing, NY, 11355

## Certification

**Name:** *Lap Sun Chan*
**Date:** *September 05, 2022*

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

Registration Number
**PAu 3-967-060**
Effective Date of Registration:
January 05, 2019

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Neodragons

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** Lap-Sun Chan
  **Author Created:** Dramatic Work
  **Citizen of:** United States
  **Year Born:** 1983

## Copyright Claimant

**Copyright Claimant:** Lap-Sun Chan
4266 Saull Street, Flushing, NY, 11355

## Certification

**Name:** Lap-Sun Chan, Author/Owner
**Date:** January 05, 2019

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

# EXHIBIT C


WERE
By
Dr. Kenneth Eng

Weredragons

1 – Their power increases when Jupiter is in the sky.
2 – They have poison that can cause degrees of mind control depending on the weredragon's power and the subject's resistance. The poison bite can also be used to heal humans and other weredragons, but it requires years of training to master the art of venom.
3 – They can transform into anthropomorphic reptiles or remain in human form.
4 – Gold is toxic to their biochemistry.

Unicras

1 – They are vulnerable to darkness, and require constant light.
2 – They are immune to poisons.
3 – They cannot transform into beast forms. They always look human.
4 – Being a genius is natural for them, as is cowardice.
5 – As unicras have control over most of the medical industry, they can easily cover up any dead werefolk bodies found by the police.

Weresharks

1 – Their power planet is Neptune.
2 – They are always in beast form as anthropomorphic sharks or rays. Since they cannot appear human, they must exist in hiding. Further, they cannot speak human words, but have the same intelligence as an average man.
3 – Their skin can rip through metal. It is an enhanced version of normal sharkskin.
4 – They are vulnerable to magnets. Magnetic bullets or magnetite swords can kill them.

Pentagras

1 – This is a species of anthropomorphic equines and their kin. For example, minotaurs, goats and giraffes would fall under their classification.

2 – They are always in beast form, but produce pheromones that prevent humans from noticing. To humans, they always look like normal people. This is where the myth of demons comes from.
3 – Mars is their familiar planet. They acquire extra power when this planet is in the sky, depending on the phase and its relative position to Earth.
4 – They are vulnerable to sugar. Sugar is toxic to them, but the medical reasons are unknown due to the secrecy of pentagra society.

Werefoxes

1 – A species of anthropomorphic foxes.
2 – Their power planet is Venus, which means they can only transform into beast form during the brief morning light.
3 – In beast form, they are extremely vicious, even more so than weredragons. They are known for their insane speed and accuracy.
4 – Werefoxes tend to be unable to control their sexual urges.
5 – They have no known weaknesses. Not enough subjects exist to conduct an extensive study on the matter. No werefox has ever been captured.

Insectra

1 – Their power planet is Saturn. They gain additional strength when the hexagon storm of this planet is at full speed.
2 – They start life as humanoid, but with every appearance of Saturn, their body changes slightly. This results in any number of physiological changes, including strength, poison, and enhanced vision. However, insectras rarely develop into full beast form, and can usually pass for human even at the end of life.
3 – Copper is poisonous to them.

Half-Glass Society

1 – This is a clan of people who have a unique power on half of their body and a different power on the other half of their body. For example, a man who can use his right arm to create shadows and his left arm to create light is a member of the Half-Glass Society.
2 – Uranus is their familiar planet.

# EXHIBIT D


KENNETH C. ENG
She will kill the entire species to avenge her father.
AND OTHER NEW
MONSTERS

Chieftain – The king of the weresharks is usually the oldest member of the tribe.

**Pentagras**

**Familiar Planet**: Mars
**Vulnerability**: Sugar
**Metamorphosis**: Pentagras are always in beast form (anthropomorphic minotaurs, goats, giraffes, reindeer and other equines). However, they emit pheromones that prevent humans from seeing them for their true form. Humans see them as ordinary people with enhanced sexual appeal. Typically, pentagras appear to be redheaded Scots. When Mars is fully lit, their power increases. Crescent Mars will also increase their power, but not as much. If Mars is closer to the planet, their power rises. When Mars moves in a retrograde fashion, however, pentagras become confused and may stop producing pheromones.
**Weapons**:

Pheromones – These molecules are more powerful than weredragon venom when it comes to mind control. No human can resist a pentagra. Male humans can be killed by the pheromones of a female pentagra, in the same way that female humans can be killed by male pentagra scent. Some werefolk can be influenced by pentagra allure.

Balance – Pentagras can climb vertical surfaces and traverse extremely rough terrain. They can sleep while clinging onto a cliff face, giving them an advantage in stealth.

Sex – Pentagras are masters of seduction and are geniuses in psychology/reading people's faces and gestures.

**Behavior**: Pentagras are as sexy as weredragons, and their entire species is founded on copulation and orgasm. Their diet consists of extremely salty foods. They control the pornography and cosmetics industry, and many famous models were of pentagra descent (Marilyn Monroe, Helen of Troy). Their society is based on breeding, and they are very close. When a stranger dies, it is the same as losing a son. They live in congregations that are have excessive decadence, but they are hardly defenseless. Every month, they pay tribute to their god of sex.
***Lifespan***: 30 Years
***Units***:



Militant – The militant i
as unattractive brutes. These uni
times to be slaughtered. They spe
Slave – Slaves are a rank
strength than skill with pheromo
close-range weapons (knives, ha
Whipmaster – A pentagra
Canemaster – A pentagra
"stick" weapons.
Shacklemaster – A pentag
types of imprisonment.
Perfumist – A pentagra wh
These are usually assigned to rese
know combat. They can mind con
Sleeper Agent – A pentagr
are sent to have sex with their ene
espionage/theft. They are highly sk
Weaver – A blacksmith that
Dominatrix – The leader of

**Werefoxes**

**Familiar Planet**: Venus
**Vulnerability**: None
**Metamorphosis**: Werefoxes can only
hours when Venus is in the sky. They t
wreak massive havoc and violence, and
believing it was nothing more than a lucid
**Weapons**:
Omniviolence – Werefoxes cannot c
They kill anything that comes in their path an
time, they have virtually no emotion.
Speed/Endurance/Accuracy – Werefoxe
able to focus to such an extent that they have 99
sword or any weapon.
Invulnerabilities – They are immune to po
firearms, and most large firearms explosions.
Genius – While werefoxes lose all self-con
intelligence as it pertains to the hunt.