RECEIVED
SDNY PRO SE OFFICE
2026 SEP 14 AM 9:43

Lap-Sun Chan
4266 Saull Street
Flushing, NY 11355

September 13, 2026

US District Court
500 Pearl Street, Room 205
New York, NY 10007

Court System:

Due to health problems and my full-time job, I am unable to continue the lawsuit Chan vs. Shutterstock. The case number is 26 Civ. 7138 (AT). I am requesting that the case be dismissed.

Please dismiss this case.

Sincerely,

Lap-Sun Chan (aka Kenneth Eng)